UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIR2US, INC., <br><br>   Plaintiff, <br><br>  v. <br><br> CISCO SYSTEMS INC, et al., <br><br>   Defendants. | Case No.  16-cv-06988-VC <br><br> **ORDER DENYING MOTION TO DISMISS** <br><br> Dkt. No. 23 |

  The motion to dismiss the complaint for patent infringement on *Twombly*/*Iqbal* grounds is denied.  *See*, *e.g.*, *MIS Sciences Corp. v. Rpost Commc'ns Ltd.*, No. 14-cv-00376-VC, 2016 WL 2931659, at *1 (N.D. Cal. May 19, 2016).

  **IT IS SO ORDERED.**

Dated:  February 17, 2017

_____
VINCE CHHABRIA
United States District Judge