| | |
|---|---|
| Henry C. Bunsow (SBN 60707) <br> hbunsow@bdiplaw.com <br> Brian A.E. Smith (SBN 188147) <br> bsmith@bdiplaw.com <br> Alden K.W. Lee (SBN 257973) <br> alee@bdiplaw.com <br> Joseph J. Fraresso (SBN 289228) <br> jfraresso@bdiplaw.com <br> BUNSOW, DE MORY, SMITH & ALLISON LLP <br> 351 California Street, Suite 200 <br> San Francisco, CA 94104 <br> Telephone: (415) 426-4747 <br> Facsimile: (415) 426-4744 <br><br> Christina M. Finn (SBN 247838) <br> cfinn@bdiplaw.com <br> Jeffrey D. Chen (SBN 267837) <br> jchen@bdiplaw.com <br> BUNSOW, DE MORY, SMITH & ALLISON LLP <br> 701 El Camino Real <br> Redwood City, CA 94063 <br> Telephone: (650) 351-7248 <br> Facsimile: (650) 351-7253 <br><br> ***ATTORNEYS FOR PLAINTIFF VIR2US, INC.*** | Richard L. Seabolt <br> California Bar No. 67469 <br> Duane Morris LLP <br> Spear Tower <br> One Market Plaza, Suite 2200 <br> San Francisco, CA 94105-11127 <br> Telephone: (415) 957-3000 <br> Email: rlseabolt@duanemorris.com <br><br> L. Norwood Jameson (*pro hac vice*) <br> Matthew C. Gaudet (*pro hac vice*) <br> John R. Gibson (*pro hac vice*) <br> Jennifer H. Forte (*pro hac vice*) <br> Duane Morris LLP <br> 1075 Peachtree Street, N.E., Suite 2000 <br> Atlanta, Georgia 30309-3929 <br> Telephone: (404) 253-6900 <br> Email: wjameson@duanemorris.com <br> Email: mcgaudet@duanemorris.com <br> Email: jrgibson@duanemorris.com <br> Email: jhforte@duanemorris.com <br><br> Joseph A. Powers (pro hac vice) <br> Jarrad M. Gunther (pro hac vice) <br> Duane Morris LLP <br> 30 South 17th Street <br> Philadelphia, PA 19103-4196 <br> Telephone: (215) 979-1000 <br> Email: japowers@duanemorris.com <br> Email: jmgunther@duanemorris.com <br><br> ***ATTORNEYS FOR DEFENDANTS, CISCO SYSTEM, INC. AND SOURCEFIRE LLC*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIR2US, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. and SOURCEFIRE LLC, <br><br> Defendant. | CASE NO. 3:16-cv-06988-VC <br><br> **JOINT STIPULATION TO AMEND CASE SCHEDULE (DKT. 104)** <br> AND ORDER |

Plaintiff Vir2us, Inc. ("Vir2us") and Defendants Cisco Systems, Inc. and Sourcefire LLC ("Defendants"), after consultation with the Court, hereby stipulate and agree that—with the exception of Defendants' supplemental response to Plaintiff's Interrogatory No. 4, Defendants' agreed[1] supplemental production and identification of documents required by Patent Local Rule 3-4(d), and the parties' exchange of damages contentions pursuant to Patent Local Rule 3-8 and 3-9 (collectively, the "Initial Damages Discovery Items")—all other damages-related discovery shall be rescheduled to commence after the Court issues its claim construction and dispositive motion ruling(s) (collectively, "Dispositive Rulings"). Defendants' supplemental response to Plaintiff's Interrogatory No. 4 and agreed supplemental production of documents required by Patent Local Rule 3-4(d) shall include (to the extent not already produced, but maintained in the ordinary course of business) units sold, sales, revenue, cost, and profit information for each Accused Product[2] identified in Plaintiff's Patent Local Rule 3-1(b) disclosure and shall cover the time-period of 2010 to present.

The parties stipulate and agree that the following deadlines shall apply to the Initial Damages Discovery Items:

| Event | Deadline |
|---|---|
| Defendants' supplemental response to Plaintiff's Interrogatory No. 4 and Defendants' agreed supplemental production of documents required by Patent Local Rule 3-4(d) | June 21, 2017 |

---

[1] Plaintiff contends there are deficiencies in Defendants' existing production and identification of documents required by Patent Local Rule 3-4(d). Defendants disagree. In an effort to resolve the dispute, Defendants have agreed to make a supplemental document production and identification of documents as part of its supplemental response to Plaintiff's Interrogatory No. 4, which Defendants hope will moot the dispute. The parties reserve all rights regarding that dispute.

[2] Defendants have objected to the definition of "Accused Products" set forth in Plaintiff's Patent Local Rule 3-1(b) disclosure. Plaintiff has neither agreed nor acquiesced to those objections. Defendants will provide the categories of information described herein by June 21 in accordance with their objections. If Plaintiff believes those objections are improper or result in an improper narrowing or exclusion of products, then the parties shall confer after June 21, and Plaintiff maintains the right to raise any such unresolved dispute with the Court immediately following the meet-and-confer process.

| Event | Deadline |
|---|---|
| Vir2us's amended disclosure of damages contentions (P.L.R. 3-8) | July 14, 2017 |
| Defendants' disclosure of responsive damages contentions (P.L.R. 3-9) | August 4, 2017 |

The parties further stipulate and agree that following the issuance of the last of the Court's Dispositive Rulings related to claim construction and/or dispositive motions heard at the currently scheduled March 7, 2018 hearing, fact discovery relating only to damages issues shall recommence and last 60 days, to be followed by a 73-day period for expert discovery relating only to damages issues and then a 14-day period to file any *Daubert* motions related to damages issues. Accordingly, the following deadlines shall apply to the damages-related discovery period:

| Event | Deadline |
|---|---|
| Damages-related fact discovery ends | 60 days after the Court issues its final Dispositive Ruling |
| Vir2us's opening expert report on damages | 10 days after damages-related fact discovery ends |
| Defendants' rebuttal expert report on damages | 28 days after Vir2us's opening expert report on damages |
| Vir2us's reply expert report on damages | 21 days after Defendants' rebuttal expert report on damages |
| Damages expert discovery ends | 14 days after Vir2us's reply expert report on damages |
| *Daubert* motions on damages-related issues | 14 days after close of damages expert discovery |

The foregoing has been stipulated and agreed to by and among the parties, this 20th day of June, 2017.

| | |
|---|---|
| */s/ Brian A.E. Smith* | */s/ Matthew C. Gaudet* |
| Henry C. Bunsow (SBN 60707) | Richard L. Seabolt |
| hbunsow@bdiplaw.com | California Bar No. 67469 |
| Brian A.E. Smith (SBN 188147) | Duane Morris LLP |
| bsmith@bdiplaw.com | Spear Tower |
| Alden K.W. Lee (SBN 257973) | One Market Plaza, Suite 2200 |
| alee@bdiplaw.com | San Francisco, CA 94105-11127 |
| Joseph J. Fraresso (SBN 289228) | (415) 957-3000 |
| jfraresso@bdiplaw.com | Email: rlseabolt@duanemorris.com |
| BUNSOW, DE MORY, SMITH & ALLISON LLP | |
| 351 California Street, Suite 200 | L. Norwood Jameson (pro hac vice) |
| San Francisco, CA 94104 | Matthew C. Gaudet (pro hac vice) |
| Telephone: (415) 426-4747 | John R. Gibson (pro hac vice) |
| Facsimile: (415) 426-4744 | Jennifer H. Forte (pro hac vice) |
| | 1075 Peachtree Street, N.E., Suite 2000 |
| Christina M. Finn (SBN 247838) | Atlanta, Georgia 30309-3929 |
| cfinn@bdiplaw.com | (404) 253-6900 |
| Jeffrey D. Chen (SBN 267837) | Email: wjameson@duanemorris.com |
| jchen@bdiplaw.com | Email: mcgaudet@duanemorris.com |
| BUNSOW, DE MORY, SMITH & ALLISON LLP | Email: jrgibson@duanemorris.com |
| 701 El Camino Real | Email: jhforte@duanemorris.com |
| Redwood City, CA 94063 | |
| Telephone: (650) 351-7248 | Joseph A. Powers (pro hac vice) |
| Facsimile: (650) 351-7253 | 30 South 17th Street |
| | Philadelphia, PA 19103-4196 |
| ***ATTORNEYS FOR PLAINTIFF VIR2US, INC.*** | Office: (215) 979-1000 |
| | Email: japowers@duanemorris.com |
| | |
| | ***ATTORNEYS FOR DEFENDANTS CISCO SYSTEM, INC. AND SOURCEFIRE LLC*** |

Date: June 22, 2017

SO ORDERED:

IT IS SO ORDERED

Judge Vince Chhabria

-4-

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 20, 2017

                                               */s/ Brian A.E. Smith*
                                                      Brian A.E. Smith