1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VIR2US, INC., | CASE NO. 16-cv-06988-VC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| CISCO SYSTEMS, INC. and SOURCEFIRE, LLC, | Judge:   Hon. Vince Chhabria |
| Defendants. | |

On this day, Plaintiff Vir2us, Inc ("Vir2us") and Defendants Cisco Systems, Inc. and Sourcefire, LLC ("Defendants"), have requested that the Court dismiss their respective claims for relief asserted in this case without prejudice.  The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Defendants by Vir2us and against Vir2us by Defendants herein are dismissed, without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: September 22, 2017

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE